DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

JEFFERY SANTIAGO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0131

—————————————————

August 14, 2026

Appeal from the Circuit Court for Pinellas County; Philip Federico, Judge.

Blair Allen, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Angela H. Fernandez, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, VILLANTI, and ATKINSON, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.